UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET GUZMAN, MERCEDES TERRELL and GALLIENNE NABILA,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ATOMIC OPERATIONS, LLC d/b/a JOKERS COMEDY CLUB a/k/a JOKERS,<br><br>　　　　　　　　Defendant. | NO: 4:25-CV-5072-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 5). Plaintiff gives notice that the above captioned action is voluntarily dismissed, with prejudice, against Defendant Atomic Operations, LLC d/b/a Jokers Comedy Club a/k/a Jokers ("Defendant"). Defendant has not appeared, served an answer, or a motion for summary judgment to Plaintiffs' Complaint.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1      Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action if

2 defendant has not been served, filed an answer, or moved for summary judgment.

3 **ACCORDINGLY, IT IS HEREBY ORDERED:**

4      Pursuant to Rule 41(a)(1)(A)(i) and Plaintiff's notice, this action is

5 **DISMISSED** with prejudice.

6      The District Court Executive is directed to enter this Order and Judgment of

7 Dismissal, furnish copies to counsel, and **CLOSE** the file.

8      DATED September 10, 2025.



                       THOMAS O. RICE
                   United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2